# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CRIMINAL CASE NO.** |
| **ADAM WAYNE LEBOWITZ,** | : | **1:07-CR-195-RWS-JFK** |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that **ADAM WAYNE LEBOWITZ** appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment of conviction and sentence imposed by the district court on July 12, 2010.

DATED this 14th day of July, 2010.

　　　　　　　　　　　　　　　　s/Laura D. Hogue
　　　　　　　　　　　　　　　　Laura D. Hogue
　　　　　　　　　　　　　　　　Georgia State Bar No. 786090
　　　　　　　　　　　　　　　　Hogue & Hogue, LLP
　　　　　　　　　　　　　　　　341 Third Street
　　　　　　　　　　　　　　　　P. O. Box 1795
　　　　　　　　　　　　　　　　Macon, GA 31202-1795
　　　　　　　　　　　　　　　　(478) 750-8040
　　　　　　　　　　　　　　　　(478) 738-0859 (fax)
　　　　　　　　　　　　　　　　lauradhogue@bellsouth.net

　　　　　　　　　　　　　　　　Stephen R. Scarborough
　　　　　　　　　　　　　　　　Georgia State Bar No. 628351
　　　　　　　　　　　　　　　　P. O. Box 7909
　　　　　　　　　　　　　　　　Atlanta, GA   30357
　　　　　　　　　　　　　　　　(404) 815-0397
　　　　　　　　　　　　　　　　(404) 921-9683 (fax)
　　　　　　　　　　　　　　　　steve@scarboroughdefender.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant Adam Lebowitz*

**Certificate of Service**

I certify by my signature that I have served a copy of this **Notice of Appeal** upon opposing counsel by electronic delivery to:

Richard M. Moultrie, AUSA
Rodney Bullard, AUSA

DATED this 14th day of July, 2010.

    s/Laura D. Hogue
    Laura D. Hogue